THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DION A. JOHN, Appellant. [938 NYS2d 810]

Since the defendant had not yet completed serving his

originally imposed sentence of imprisonment when he was resentenced, the resentencing to a mandatory period of post-release supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Warren*, 91 AD3d 800 [2012]; *People v Ralph*, 91 AD3d 796 [2012]; *People v Mills*, 90 AD3d 1076 [2011]; *People v Louis*, 90 AD3d 1075 [2011]; *People v Edwards*, 89 AD3d 1034 [2011]; *People v Douglas*, 89 AD3d 959 [2011]; *People v Dawkins*, 87 AD3d 550 [2011]; *People v Guillen*, 85 AD3d 1201 [2011]; *People v Lopez*, 85 AD3d 1059 [2011]; *People v Myrick*, 84 AD3d 1272 [2011]). Skelos, J.P., Dickerson, Belen and Miller, JJ., concur.